**No. 60155.**—Gold-Silver & Co. and Frank P. Dow Co., Inc., et al. *v.* United States, protests 191032–K, etc. (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of miniature pistols with ramrods the same in all material respects as those the subject of Abstract 59618, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 8, 1956

**No. 60156.**—Sears, Roebuck and Co. *v.* United States, protests 274641–K and 279910–K (Philadelphia).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.